UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JENNIFER ROBIN HICKOCK,           )
                                  )
     Plaintiff,                   )
                                  )    NO. CV-10-0331-JPH
     vs.                          )
                                  )    **JUDGMENT IN A**
MICHAEL J. ASTRUE,                )    **CIVIL CASE**
Commissioner of Social Security,  )
                                  )
     Defendant.                   )
                                  )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 29 day of November, 2011.

                              JAMES R. LARSEN
                              District Court Executive/Clerk



                         by:   s/ Pamela A. Howard
                               Deputy Clerk




cc: all counsel